IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                                       )
UNITED STATES OF AMERICA               )
                                       )
v.                                     )    Criminal No. 06-002
                                       )
SAMUEL IRVIN WHITE,                    )
                                       )
        Defendant.                     )
_____)
```

## ORDER

For the reasons stated from the bench, it is hereby

ORDERED that the Government's Motion *in Limine* is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 10, 2006